IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHARLES B. PALMER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3253 |
| | ) | |
| ROGER ZIMMERMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition to Proceed In Forma Pauperis (d/e 1), Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (§ 2254 Petition) (d/e 2), and Motion to Appoint Counsel (d/e 3). The Petition to Proceed In Forma Pauperis is denied as moot because the Petitioner paid the filing fee. The Court will, therefore, consider the § 2254 Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the § 2254 Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the § 2254 Petition. The response shall discuss the merits and the procedural posture

of the § 2254 Petition, i.e. whether Petitioner has exhausted his state remedies and/or procedurally defaulted any claims. See Rule 5 of the Rules Governing § 2254 Cases.

Petitioner's Motion to Appoint Counsel (d/e 3) is DENIED as premature. If the Court determines that Petitioner is entitled to an evidentiary hearing, then counsel will be appointed pursuant to Rule 8 of the Rules Governing 28 U.S.C. § 2254 Cases.

THEREFORE, the Attorney General for the State of Illinois is ordered to file on or before January 2, 2007, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioner's Petition for a Writ of Habeas Corpus. Petitioner's Petition to Proceed In Forma Pauperis (d/e 1) is DENIED as moot. Petitioner's Motion to Appoint Counsel (d/e 3) is DENIED as premature.

IT IS THEREFORE SO ORDERED.

ENTER: October 31, 2006.

    FOR THE COURT:

        s/ Jeanne E. Scott
        JEANNE E. SCOTT
    UNITED STATES DISTRICT JUDGE